Eastern District of Kentucky
FILED
SEP 2 2 2006
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CIVIL ACTION NO. 06-56-GFVT
TRACT NO. 518

UNITED STATES OF AMERICA           PLAINTIFF

VS.      MAGISTRATE'S REPORT AND RECOMMENDATION

0.24 OF AN ACRE OF LAND, MORE OR LESS
SITUATE IN FLOYD COUNTY, COMMONWEALTH OF
KENTUCKY, AND JUDITH ANNETTE TACKETT, ET AL.,     DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

This is a condemnation proceeding which has been referred to the undersigned Magistrate for the purpose of conducting an ownership hearing.

By an appropriate order, the matter was assigned for a hearing on the 18th day of September, 2006, at the hour of 10:00a.m., at Pikeville, Kentucky, to determine the ownership of Tract 518 and was, in fact, so held.

The plaintiff was represented by David Y. Olinger, Jr., Assistant United States Attorney, appearing for defendant Judith Annette Tackett, was Gerald D.DeRossett, appearing for defendant Housing Oriented Ministries Established For Service, Inc., was David C. Stratton, and there was no appearance by or on behalf of the other defendant landowners or any other person claiming an interest in the tract.

The evidence presented on behalf of the United States consisted of the title information from Brad Stark which showed

that Judith Annette Tackett owned the fee simple interest subject to a mortgage to Rick Caudill from Housing Oriented Ministries Established For Service, Inc.  He testified that the exceptions were a trust deed to Dan Rowland (with several liens against the Dan Rowland Estate), a judgment lien by Wilderness Coal Inc., and the unknown heirs of W. T. Osborn thru a will and an affidavit of descent concerning the subject property, Tract 518.  He further testified the trust deed was a straw deed which did not pass title to Dan Rowland, so the Dan Rowland Estate and its lienholders would have no interest in the property.  Also, there are no claims concerning the other exceptions.  The claimant landowners, who appeared, agreed with the title information.

For the foregoing reasons, it is the Magistrate's recommendation that judgment be entered herein declaring the ownership of Tract 518 is Judith Annette Tackett owning the fee simple interest subject to a mortgage to Rick Caudill from Housing Oriented Ministries Established For Service, Inc.  It is further recommended that the other named defendants be dismissed as party defendants.

The parties shall file their particularized objections to this Report and Recommendation within ten (10) days of the date of service of same or further appeal is waived.  <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).

This the 21 day of September, 2006.

Signed By:
Edward B. Atkins
United States Magistrate Judge