Eastern District of Kentucky
**FILED**
NOV 0 2 2006
AT PIKEVILLE
LESLIE G. WHITMER
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CIVIL ACTION NO. 06-56-GFVT
TRACT NO. 518

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.    <u>JUDGMENT ON MAGISTRATE'S REPORT AND RECOMMENDATION</u>

0.24 OF AN ACRE OF LAND, MORE OR LESS,
SITUATE IN FLOYD COUNTY,
COMMONWEALTH OF KENTUCKY,
AND JUDITH ANNETTE TACKETT, ET AL                             DEFENDANTS

\* \* \* \* \* \* \*

Upon consideration of the Report and Recommendation of the United States Magistrate, and there having been no exceptions filed to same;

IT IS, THEREFORE, ADJUDGED, ORDERED AND DECREED that Judith Tackett owns the fee simple interest, less minerals to Tract 518 subject to lien from Housing Oriented Ministries Established for Service Inc.

It is further ordered that Wilderness Coal Inc.; United Fuel Gas Company; unknown owners, including the unknown heirs, devisees, executors, administrators, creditors and assigns, if any, of William T. Osborn; unknown owners, including the unknown heirs, devisees, executors, administrators, creditors and assigns, if any, of Dan Rowland; Commissioner Mark Treesh; Kentucky Education Cabinet, Dep't of Workforce Investment, Office of Employment and Training, Unemployment Insurance Division; Matthew Bender & Company, Inc. D/b/a Michie Company, Commissioner

Mark W. Everson, U.S. Department of Treasury, Internal Revenue Service be and are dismissed as party defendants and not entitled to any just compensation herein.

Jurisdiction of this cause is retained for the entry of further and appropriate orders and decrees.

Dated this 2 day of November, 2006.

GREGORY F. VAN TATENHOVE
UNITED STATES DISTRICT JUDGE